UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Mag. No. 1:13-mj-253 |
| | ) | |
| DARIEN HOUSTON | ) | JUDGE CARTER |

MEMORANDUM AND ORDER

In accordance with Rules 5 and 5.1 of the Federal Rules of Criminal Procedure and in accordance with the Bail Reform Act, 18 United States Code § 3142(f), the initial appearance, preliminary hearing and detention hearing were held in this action on September 13, 2013. Those present included:

(1) An Assistant United States Attorney for the Government.
(2) The defendant.
(3) Attorney Lee Ortwein for defendant.

Upon being sworn the defendant was informed or reminded of his/her privilege against self-incrimination accorded him/her under the 5th Amendment to the United States Constitution.

The defendant acknowledged he/she had received a copy of the Criminal Complaint. It was determined defendant was capable of being able to read and understand these proceedings.

The AUSA moved the court for an order detaining the defendant. The defendant waived his/her detention hearing and preliminary hearing, reserving the right to ask for a detention hearing at a later date.

Findings

Based on the sworn Affidavit/Complaint and defendant's waiver of preliminary hearing and detention hearing, the undersigned finds:

(1) There is probable cause to believe that there has been a violation of 18 U.S.C. § 922(g)(1), possession of a firearm by a convicted felon, committed in the Eastern District of Tennessee.

(2) There is probable cause to believe the defendant committed the aforesaid offenses.

<u>Conclusions</u>

It is therefore ORDERED:

(1)   The defendant is DETAINED without bail.

(2)   The defendant's next appearance shall be before U.S. Magistrate Judge Susan K. Lee at **10:30 a.m. on Wednesday, September 25, 2013.**

ENTER.

S/*William B. Mitchell Carter*<br>UNITED STATES MAGISTRATE JUDGE